**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

ISAIAH JAMES WOODEN,

    Plaintiff,

v.                                    Case No. 5:21-cv-46-TKW-MJF

DOLGENCORP, LLC,

    Defendant.

_____/

## O R D E R

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 26) and Plaintiff's objection (Doc. 27). The Court reviewed the issues raised in the objection de novo as required by 28 U.S.C. §636(b)(1) and Fed. R. Civ. P. 72(b)(3).

Based on that review, the Court agrees with the magistrate judge's determination that Defendant's motion to dismiss (Doc. 23) should be granted because Plaintiff's third amended complaint fails to state a claim upon which relief can be granted. The Court also agrees that the dismissal should be "with prejudice" because Plaintiff has already been given multiple opportunities to file a legally sufficient complaint and further amendment would be futile.

Accordingly, it is **ORDERED** that:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      Defendant's motion to dismiss (Doc. 23) is **GRANTED**, and this case is **DISMISSED with prejudice**.

3.      The Clerk shall close the case file.

**DONE and ORDERED** this 31st day of May, 2022.

*T. Kent Wetherell, II*

**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**